UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AILEEN TREADWELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>WACHOVIA MORTGAGE CORP.,<br><br>    Defendant. | Case No:  C 10-5505 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On November 10, 2010, Plaintiff, who is proceeding pro se, commenced this action against Defendant, alleging that Plaintiff was defrauded in connection with the financing of her home.  On December 20, 2010, Defendant filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6).  Dkt. 7.  The hearing on the Motion to Dismiss is scheduled for April 19, 2011.  Under Civil Local Rule 7-3(a), any opposition or statement of non-opposition by Plaintiff was due by March 29, 2011, which is twenty-one days prior to the hearing date.  To date, Plaintiff has not filed an opposition or a statement of non-opposition to the Motion to Dismiss.  The failure to comply with the filing deadlines set by the Local Rules is grounds for dismissing an action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995).  Accordingly,

IT IS HEREBY ORDERED THAT within **seven (7) days** of the date this Order is filed, Plaintiff shall file a Certificate of Counsel to show cause why this case should not be dismissed for lack of prosecution under Rule 41(b).  The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal, and the expected course of the case if it is not dismissed.  FAILURE

TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS UPON WHICH TO DISMISS THE ACTION.  Defendant's Motion to Dismiss (Docket 7) shall be held in abeyance pending Plaintiff's submission of the Certificate of Counsel.  The April 19, 2011 hearing on the Motion to Dismiss is VACATED.

    IT IS SO ORDERED.

Dated: April 11, 2011                                            _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TREADWELL et al,

        Plaintiff,

  v.

WACHOVIA MORTGAGE CORPORATION et al,

        Defendant.
_____/

Case Number: CV10-05505 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aileen Treadwell
196 Southern Heights Boulevard
San Rafael, CA 94901

Dated: April 13, 2011
                                     Richard W. Wieking, Clerk

                                     By: LISA R CLARK, Deputy Clerk